UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
RICKY HERNANDEZ, on behalf of himself and all
others similarly situated,

                      Plaintiff,

            -against-                            No. 24 Civ. 9931 (LGS)

WTS INTERNATIONAL, LLC d/b/a ARCH
AMENITIES GROUP,

                      Defendant.
------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Ricky Hernandez and Opt-in Plaintiff Mariya Verechshak (ECF No. 18) ("Plaintiffs") hereby accept the attached Offer of Judgment of Defendant WTS International, LLC d/b/a Arch Amenities dated and served August 28, 2025.

Dated: New York, New York
       August 29, 2025

                                          PECHMAN LAW GROUP PLLC

                                          By: _____
                                              Louis Pechman, Esq.
                                              488 Madison Avenue, 17th Floor
                                              New York, New York 10022
                                              Tel.: (212) 583–9500
                                              pechman@pechmanlaw.com
                                              *Attorneys for Plaintiffs*

To: Eli Freedberg, Esq.
    Roya Aghanori, Esq.
    Littler Mendelson, P.C.
    900 Third Avenue
    New York, New York 10022
    efreedberg@littler.com
    raghanori@littler.com
    *Attorneys for Defendant WTS International,*
    *LLC d/b/a Arch Amenities Group*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICKY HERNANDEZ, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

WTS INTERNATIONAL, LLC d/b/a ARCH AMENITIES GROUP,

        Defendant.

Case No. 24 CIV. 09931 (LGS)

DEFENDANT'S OFFER OF JUDGMENT TO PLAINTIFFS RICKY HERNANDEZ AND MARIA VERECHSHAK

---

Defendants WTS International, LLC d/b/a Arch Amenities Group ("Defendant"), pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby serves this Offer of Judgment upon Plaintiffs Ricky Hernandez and Maria Verechshak ("Plaintiffs").

The terms of the Offer of Judgment are as follows:

1. Defendant hereby offers to allow judgment in this action to be taken in favor of Plaintiffs and against Defendant in the total amount of Twenty Thousand Dollars and Zero Cents ($20,000.00). This amount includes any and all of Plaintiff's claims for interest, damages, costs, attorneys' fees, and any and all other measures of potential recovery.

2. The purpose of this Offer of Judgment is to avoid further litigation. Although Defendant contends that the claims in this action are without merit, Defendant proposes to allow judgment to be entered against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as described herein, solely for the purpose of resolving Plaintiffs' claims in their entirety, without the costs and burdens associated with further litigation.

3. Accordingly, this Offer of Judgment is not to be construed as an admission that

Defendant is liable in this action or that Plaintiffs suffered any damages.

4.   A judgment entered upon acceptance of this Offer of Judgment shall not be deemed to have determined or adjudicated any issue relevant to the merits of the Plaintiffs' claims and shall have no effect whatsoever except in aiding the settlement of this case.

5.   This Offer of Judgment may be accepted, in writing, within fourteen (14) days of service. No verbal communications shall constitute an acceptance, rejection, or counter-offer to this Offer of Judgment. If, within fourteen (14) days after being served, Plaintiffs serve written notice accepting the offer of judgment, any party may then file the offer and notice of acceptance, plus proof of service, so that the clerk may then enter judgment. If Plaintiffs do not accept the offer of judgment within fourteen (14) days, it is considered rejected and withdrawn.

7.   Acceptance of the Offer of Judgment by Plaintiffs shall be deemed to resolve all claims asserted by Plaintiffs in this action, all claims concerning alleged unpaid wages and other sums expressly or impliedly stated by Plaintiffs in this action, all claims concerning alleged unpaid wages and other sums by Plaintiffs that are based on the same transaction(s) at issue in this action, and all claims concerning alleged unpaid wages and other sums that Plaintiffs could have asserted against Defendant, its current and former owners, shareholders, members, directors, employees, affiliated entities, attorneys, agents, insurers, and other related individuals or entities, in this action.

8.   By accepting this Offer of Judgment, Plaintiffs forego any right to relief with respect to their claims in this action, including but not limited to: (a) declaratory and/or injunctive relief; (b) economic damages; (c) emotional distress damages; (d) compensatory damages; (e) penalties, non-economic damages, and/or punitive damages; (f) pre-judgment interest, post-judgment interest and/or liquidated damages; (g) any additional amounts for costs, expenses,

attorney fees, and/or expert fees; and (h) any other relief not specifically provided by Paragraph 1 of this Offer of Judgment.

Dated: August 28, 2025

Respectfully submitted,

Eli Z. Freedberg
LITTLER MENDELSON, P.C.
900 Third Avenue, 7th Floor
New York, NY 10022
(P) 212-583-2685

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Louis Pechman, an attorney duly admitted to practice before this Court and member of the Bar of State of New York, declare the following under penalty of perjury:

1.    Along with Mitchell Schley of the Law Offices of Mitchell Schley, LLC, I am counsel to Plaintiffs in the above-captioned action and am over the age of 18, and I am not a party to this action.

2.    On August 29, 2025, I served Plaintiffs' notice of acceptance of Defendant's Offer of Judgment in the above-captioned action by serving a true and correct copy of it via electronic mail and via the Court's ECF system to:

Eli Freedberg
Roya Aghanori
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY 10022.3298
efreedberg@littler.com
raghanori@littler.com

*Attorneys for Defendant WTS International,
LLC d/b/a Arch Amenities Group*

Dated: New York, New York
       August 29, 2025

PECHMAN LAW GROUP PLLC

By: _____
    Louis Pechman

2