UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICKY HERNANDEZ, et al., :
                Plaintiffs, :
                                                    :
        -against- : 24 Civ. 9931 (LGS)
                                                     :
WTS INTERNATIONAL, LLC, : ORDER
                Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on August 29, 2025, Plaintiffs filed a Notice of Acceptance and proposed Order of Judgment under Federal Rule of Civil Procedure 68 in this Fair Labor Standards Act, 29 U.S.C. § 201, et seq. ("FLSA"), and New York Labor Law ("NYLL") action.

       WHEREAS, in FLSA cases, *Cheeks v. Freeport Pancake House, Inc*. requires judicial approval of stipulated dismissals under Rule 41.  796 F.3d 199, 206-07 (2d Cir. 2015); *Fisher v. SD Prot. Inc.*, 948 F.3d 593, 599 (2d Cir. 2020).  An accepted Rule 68 offer of judgment in a FLSA case does not require such approval.  *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 411 (2d Cir. 2019); *accord Martinez v. JLM Decorating Inc.*, No. 20 Civ. 02969, 2025 WL 2123653, at *1 (S.D.N.Y. July 29, 2025).

       WHEREAS, the Notice of Acceptance resolves Plaintiffs' claims by entry of judgment for $20,000, "inclusive of . . . costs [and] attorneys' fees."  The Proposed Order of Judgment reflects the same.  Because the parties proceeded by Rule 68, entry of judgment is the appropriate disposition for the FLSA claim.  *See Mei Xing Yu*, 944 F.3d at 411.

       WHEREAS, the First Amended Complaint also pleads claims under NYLL, and includes Rule 23 class allegations.  No class has been certified, and the parties do not seek certification for settlement purposes.  The Rule 68 offer of judgment provides a single, inclusive sum and resolves only the individual claims of the named and opt-in Plaintiffs, without binding any absent putative

class member.  Accordingly, no Rule 23(e) approval or notice is required.  *See* Fed. R. Civ. P. 23(e); 1 Federal Rules of Civil Procedure, Rules and Commentary § 23:58 (2025) ("Approval [under Rule 23] is not required if the named parties settle prior to the court granting class certification."); *Hinds County, Miss. v. Wachovia Bank N.A.*, 790 F. Supp. 2d 125, 132 (S.D. N.Y. 2011).  It is hereby

**ORDERED** Plaintiff Ricky Hernandez and Opt-in Plaintiff Mariya Verechshak recover from Defendant WTS International, LLC the total amount of $20,000.00, inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment.

The Clerk of Court is respectfully directed to enter judgment for Plaintiffs in the total amount of $20,000, inclusive of attorneys' fees and costs, in accordance with Plaintiffs' acceptance of Defendant's Rule 68 offer of judgment (Dkt. 57) and proposed order (Dkt. 58), and to close all open motions and close the case.

Dated: September 2, 2025
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**