**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
RICKY HERNANDEZ, et al.,

                Plaintiffs,

-against-                              24 **CIVIL** 9931 (LGS)

                                                          **JUDGMENT**

WTS INTERNATIONAL, LLC,

                Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 2, 2025, judgment is entered for Plaintiffs in the total amount of $20,000, inclusive of attorneys' fees and costs, in accordance with Plaintiffs' acceptance of Defendant's Rule 68 offer of judgment (Dkt. 57) and proposed order (Dkt. 58); accordingly, the case is closed.

**Dated:** New York, New York

       September 3, 2025

                                                          **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                            **BY:**      K. Mango

                                                           **Deputy Clerk**